UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SQUARE ENIX LIMITED, | CASE NO. C11-1045 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JOHN DOES 1-15, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has reviewed Plaintiff's ex parte motion for leave to take limited discovery prior to the Rule 26(f) conference. (Dkt. No. 3.) Before the Court rules on the motion, the Court orders Plaintiff to explain whether or not the Digital Millennium Copyright Act, especially 17 U.S.C. § 512(h)(1), applies to Plaintiff's discovery request and, if it does apply, what considerations the Court must then make. Plaintiff must submit its response of no more than five pages within 7 days of entry of this order.

\\

MINUTE ORDER- 1

1     The clerk is ordered to provide copies of this order to all counsel.

2     Filed this 19th day of July, 2011.

4                                      William M. McCool
                                       Clerk of Court

                                       s/Mary Duett
                                       Deputy Clerk

MINUTE ORDER- 2